No. 98–9404.  DENMARK *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 98–9406.  GUERRA *v.* ALAMEDA COUNTY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–9409.  POWERS *v.* ROBINSON, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 98–9442.  RHODES *v.* CITY OF AURORA.  C. A. 10th Cir.  Certiorari denied.

No. 98–9478.  EVERETT *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–9480.  NORRIS *v.* SLATER, SECRETARY OF TRANSPORTATION.  C. A. 9th Cir.  Certiorari denied.

No. 98–9491.  THOMPSON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 98–9521.  TRICE *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 98–9538.  PARKUS *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 98–9567.  SMITH *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 98–9580.  KRONE *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 98–9589.  WILLIAMS *v.* SMITH, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–906.  GEORGIA DEPARTMENT OF REVENUE *v.* BURKE ET AL.  C. A. 11th Cir.  Motion of Business Bankruptcy Law Committee, New York County Lawyers' Association, for leave to file a brief as *amicus curiae* granted.  Certiorari denied.